UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

                                No. 1:19-mj-24

      vs.

MUSE ABDIKADIR MUSE,
MOHAMED SALAT HAJI AND
MOHAMUD ABDIKADIR MUSE,

      Defendants.
_____/

                                  <u>MOTION & ORDER TO SEAL</u>

Now comes the United States of America by Andrew Byerly Birge, United States
Attorney for the Western District of Michigan, and Clay M. West, Assistant United States
Attorney, and moves this court to seal the Complaint in the above entitled case in order that the
execution of the arrest warrants be unimpeded and the investigation continue; and that such
sealing remain in force and operation until the defendants are advised of these proceedings,
arrested, the investigation is completed, or further order of this court.

                           Respectfully submitted,

                           ANDREW BYERLY BIRGE
                           United States Attorney

                           CLAY M. WEST
                           Assistant United States Attorney
                           P.O. Box 208
                           Grand Rapids, MI   49501-0208
                           (616) 456-2404

IT IS SO ORDERED.

Dated:  January **Jan 21, 2019** , 2019

                           PHILLIP J. GREEN
                           United States Magistrate Judge
                           United States District Court