UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MUSE ABDIKADIR MUSE,
  a/k/a Ali Almuhajir,
MOHAMED SALAT HAJI,
  a/k/a Salamujahid Almuhajir, and
MOHAMUD ABDIKADIR MUSE,
  a/k/a Abu Osama Almuhajir,

    Defendants.
_____/

No. 1:19-MJ-24-PJG

COMPLAINT
**PENALTY SHEET**

**CHARGE – CONSPIRING TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION, TO WIT: ISIS (18:2339B)**

**Penalty:** Not more than 20 years imprisonment and $250,000 fine. [18:2339B(a)(1)]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

Date: January 22, 2019        /s/ Clay M. West
                                          Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046