UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      Case No. 1:19–mj–00024–PJG

   v.                                  Hon. Phillip J. Green

MUSE ABDIKADIR MUSE,
MOHAMED SALAT HAJI,
MOHAMUD ABDIKADIR MUSE,

      Defendants.
_____/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Detention Hearing
Date/Time:            January 28, 2019   02:30 PM
Magistrate Judge:   Phillip J. Green
Place/Location:       601 Federal Building, Grand Rapids, MI


                                               PHILLIP J. GREEN
                                               U.S. Magistrate Judge

Dated:  January 27, 2019        By:    /s/ Angie L. Doezema
                                              Courtroom Deputy