UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MUSE ABDIKADIR MUSE, et al.,

    Defendants,
_____/

Hon. Phillip J. Green

Case No. 1:19-mj-00024-PJG

**ORDER**

This matter is before the Court on Defendants' Joint Motion to adjourn the detention hearing set for January 28, 2019. (ECF No. 19). The Defendants seek to adjourn the hearing due to deteriorating weather and the closure of the United States Attorney's Office. The Government does not object to the adjournment of the hearing. The Court being fully advised in the premises, the joint motion will be granted. Accordingly,

**IT IS ORDERED** that the joint motion to adjourn (ECF No. 19) is **GRANTED**. The continued detention hearing set in this matter for January 28, 2019, is hereby **RESCHEDULED** to January 31, 2019, at 2:00 p.m. before Magistrate Judge Phillip J. Green, 601 Federal Building.

    **IT IS SO ORDERED**.

Date January 28, 2019                              /s/ Phillip J. Green
                                                            PHILLIP J. GREEN
                                                            United States Magistrate Judge